IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02239-WDM-MJW

ANN GARRISON, et al.,

Plaintiffs,

v.

GAMBRO, INC., et al.,

Defendants.

---

**ORDER REGARDING DEFENDANT GAMBRO, INC.'S MOTION FOR THE RETURN OF STOLEN COMPUTER DATA AND DOCUMENTS TO GAMBRO AND FOR RELIEF FROM THE COURT'S PRESERVATION ORDER (DOCKET NO. 159)**

---

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court on Defendant Gambro, Inc.'s Motion for Return of Stolen Computer Data and Documents to Gambro and for Relief from the Court's Preservation Order (Docket No. 159).  The court has reviewed the motion and response thereto.  In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law.  The court now being fully informed makes the following findings of fact, conclusions of law, and order.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Judgment has entered in this case, and all appeals have been exhausted. During the discovery phase of this case, Plaintiffs obtained twelve (12) diskettes containing numerous computer files belonging to Defendant, Gambro, Inc.  This court

2

entered an order requiring that such diskettes be deposited with the court. Such order stated:

> The Defendant shall preserve the original diskettes and the copies of such diskettes until further order of the court. The Plaintiffs shall provide to Magistrate Judge Watanabe, *in camera*, all copies of the stolen computer files and diskettes in any form. The Plaintiffs and their counsel, Mr. Olsen, shall erase and delete from any and all computers or other recording devices all copies of the subject stolen computer files. Plaintiffs' counsel, Mr. Olsen, shall file on or before May 27, 2003, a written affidavit verifying that all originals and copies of the subject stolen computer files have now been turned over either to this court or to Defendant and that the subject computer files have been erased and deleted from any and all computers or other recording devices in Plaintiffs' counsel's office.

(Docket No. 26).

Since this case is concluded and no further appeals are available to the parties, this court concludes that Defendant Gambro has established good cause to be relieved of this court's order requiring preservation of the subject diskettes and to have its stolen property returned.

## ORDER

Accordingly, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1. That Defendant Gambro, Inc.'s Motion for Return of Stolen Computer Data and Documents to Gambro and for Relief from the Court's Preservation Order (docket no. 159) is **GRANTED**;

2. That Defendant Gambro, Inc., is relieved of the court's order requiring that it preserve the subject diskettes containing the files stolen from Defendant Gambro, Inc.;

3

3. That the computer diskettes containing the stolen files and any hard copy documents that were filed by Plaintiffs with the court on or about May 27, 2003, shall be returned to Defendant Gambro, Inc.;

4. That Plaintiffs and their counsel are required to return the originals and all copies of all stolen documents, including those referred by control numbers (i.e., Bates stamped numbers) ST DOCS4498 through 5031, inclusive, to Defendant Gambro, Inc., on or before June 7, 2006.

5. That each party shall pay their own attorney fees and costs for this motion.

Done this 22nd day of May 2006.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge